**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| WILLIE JORDAN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | No. 2:26-cv-02322-SHL-tmp |
| INC., TRANS UNION LLC, and | ) | |
| NEWREZ LLC D/B/A SHELLPOINT | ) | |
| MORTGAGE SERVICING, | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER DISMISSING DEFENDANTS TRANS UNION LLC AND
EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE**

Before the Court are two Notices of Voluntary Dismissal with Prejudice by Plaintiff Willie Jordan, filed May 13 and 19, 2026.  (ECF Nos. 14, 15.)  Jordan seeks to dismiss only Defendants Trans Union LLC and NewRez LLC d/b/a Shellpoint Mortgage Servicing under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Id. at PageID 111.)  Jordan's claims against Defendant Experian Information Solutions, Inc., remain.

Because Trans Union and NewRez have not filed an answer or a motion for summary judgment, dismissal under Rule 41(a)(1)(A)(i) would be proper if either of them were the only defendant in the case.  However, in multi-defendant matters, "Rule 21 provides the appropriate basis for dismissal of a single defendant," not Rule 41.  Henderson-Thompson v. Jardoin, No. 22-cv-2013, 2022 WL 349896, at *2 (W.D. Tenn. Feb. 4, 2022) (citing Philip Carey Mfg. Co. v. Taylor, 286 F.2d 782, 785 (6th Cir. 1961)); see also Wilkerson v. Brakebill, No. 15-CV-435, 2017 WL 401212, at *2 (E.D. Tenn. Jan. 30, 2017) (collecting district court cases recognizing that Rule 21, rather than Rule 41, is applicable when dismissing a single claim or defendant

instead of an entire lawsuit).  The Court will therefore construe the Rule 41 notices as motions under Rule 21.  See Henderson-Thompson, 2022 WL 349896, at *2.

Rule 21 permits a court to drop a party at any time on motion or on its own.  Fed. R. Civ. P. 21.  Dropping parties under Rule 21 functions as a dismissal of the party.  See Henderson-Thompson, 2022 WL 349896, at *2.  Thus, all claims against Defendant Trans Union LLC and NewRez LLC d/b/a Shellpoint Mortgage Servicing are **DISMISSED WITH PREJUDICE** under Rule 21.  This dismissal does not apply to Jordan's claims against Defendant Experian Information Solutions, Inc.

**IT IS SO ORDERED,** this 26th day of May, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2