**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| WILLIE JORDAN,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., TRANS UNION LLC, and<br>NEWREZ LLC D/B/A SHELLPOINT<br>MORTGAGE SERVICING,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    No. 2:26-cv-02322-SHL-tmp<br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed March 25, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notices of Voluntary Dismissal with Prejudice, filed May 13, 2026 (ECF No. 14), May 19, 2026 (ECF No. 15), and July 21, 2026 (ECF No. 17), and Rule 41(a)(1)(A)(i), all claims by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 24, 2026
Date